UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENEIL GIROD | CIVIL ACTION |
| VERSUS | NO. 20-139 |
| ROBERT C. TANNER | SECTION "J" (4) |

## **ORDER**

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's petition is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day of November, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE