UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENEIL GIROD                                    CIVIL ACTION

VERSUS                                          NO. 20-139

ROBERT C. TANNER                                SECTION "J" (4)

## ORDER

Before the Court are Petitioner Deneil Girod's *Objections to Magistrate Judge's Report and Recommendations* **(Rec. Doc. 25)**. Petitioner's objections were timely filed because he received service of the Magistrate Judge's Report and Recommendations on November 2, 2020, *see Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (time for filing objections runs from service of report and recommendation), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1), and filed his objections on November 13, 2020,[1] *see, e.g.*, *Spotville v. Cain*, 149 F.3d 374, 375 (5th Cir. 1998) (prison mailbox rule).

Petitioner's claims that his trial counsel provided ineffective assistance are unavailing because he fails to show that counsel's performance was objectively unreasonable under the circumstances, *see Strickland v. Washington*, 466 U.S. 668, 688 (1984), and therefore cannot show that the state courts' denial of relief was contrary to or an unreasonable application of federal law, *see* 28 U.S.C. § 2254(d)(1). To the extent that Petitioner attempts to raise claims not adjudicated in state court

---

[1] (Rec. Doc. 25, at 38).

nor first presented to the Magistrate Judge,[2] the Court will not consider them. *See Mercadel v. Cain*, 179 F.3d 271, 275 (5th Cir. 1999); *United States v. Armstrong*, 951 F.2d 626, 630 (5th Cir. 1992).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Objections to the Magistrate Judge's Report and Recommendations (Rec. Doc. 18) are **OVERRULED**, the Magistrate Judge's Report and Recommendations is **APPROVED** and **ADOPTED** as the Court's opinion, and the Petition is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of December, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[2] *E.g.*, *id.* at 20-21 (arguing counsel was ineffective for failing to call child-victim as a witness).